```
1  Rodney L. Levin, SB#169360
   Eliza J. McArthur, SB#152312
2  MCARTHUR & LEVIN, LLP
   637 North Santa Cruz Avenue
3  Los Gatos, CA  95030
   (408) 741-2377 (Telephone)
4  (408) 741-2378 (Facsimile)

5  ATTORNEYS FOR DEFENDANT
   SAN JOSE UNIFIED SCHOOL DISTRICT
6
   David H. Tollner, SB#138315
7  TOLLNER LAW OFFICES
   1501 The Alameda
8  San Jose, CA  95126
   (408) 286-3081 (Telephone)
9  (408) 350-2383 (Facsimile)

10 ATTORNEY FOR PLAINTIFF
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


| J.B. BY AND THROUGH HIS MOTHER, H.S., | ) Case No.: 3:12-CV-6358 SI |
|---|---|
| Plaintiff, | ) JOINT REQUEST AND STIPULATION<br>) FOR CONTINUANCE OF INITIAL CASE<br>) MANAGEMENT CONFERENCE |
| vs. | ) |
| SAN JOSE UNIFIED SCHOOL DISTRICT, | ) Date:  May 2, 2013<br>) Time:  2:30 p.m. |
| Defendants. | ) |

The parties in the above-captioned case hereby request and stipulate, provided the Court is agreeable, to continue the Status Conference currently set for May 2, 2013 in this matter.

JOINT REQUEST AND STIPULATION FOR CONTINUANCE OF INITIAL CASE MANGEMENT CONFERENCE - 1

The Status Conference was set by way of this Court's Order dated February 28, 2013 (Dkt. No. 11), and later amended by this Court's Order dated April 2, 2013 (Dkt. No. 17), following reassignment of this matter from the San Jose Division (Dkt. No. 9).

Defendant San Jose Unified School District filed a Motion to Dismiss this action, which could potentially dispose of this entire matter. This Motion was heard by this Court on April 19, 2013, and was taken under submission (Dkt No. 18). Given the potential outcome of this Motion to Dismiss, the parties agree and submit that judicial economy will be served by continuing the Case Management Conference date of May 2, 2013 until a date following this Court's ruling on the pending Motion to Dismiss.

IT IS SO STIPULATED.

Dated: April 26, 2013           Respectfully submitted,

                                MCARTHUR & LEVIN, LLP


                                /s/ Rodney L. Levin
                                By: Rodney L. Levin,
                                Attorney for Defendant



Dated: April 26, 2013           TOLLNER LAW OFFICES


                                /s/ David H. Tollner
                                By: David H. Tollner,
                                Attorney for Plaintiff

**[PROPOSED] ORDER**

The Initial Case Management Conference in this matter currently scheduled for May 2, 2013 shall be continued to a date following the Court's issuance of its Order(s) on Defendant's Motion to Dismiss. Specifically, the Initial Case Management Conference is continued to ___May 17___, 2013. 2:30 p.m.

IT IS SO ORDERED.

Dated: ___4/30/13___  _____
SUSAN ILLSTON
Judge of United States District Court